UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARMEN ALVAREZ, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FINANCIAL RECOVERY SERVICES INC., )<br>)<br>Defendant. ) | No. 1:08-cv-06784 |

### NOTICE OF SETTLEMENT

### NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, ARMEN ALVAREZ, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

///

///

Respectfully Submitted,

DATED:  May 28, 2009          KROHN & MOSS, LTD.

         By:___/s/Adam J. Krohn_____
         AdamJ. Krohn
         KROHN & MOSS, LTD.
         Attorney for Plaintiff
         120 W. Madison St., 10th Fl.
         Chicago, Illinois 60602
         (312) 578-9428
         (866) 802-0021 (facsimile)