# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| ARMEN ALVAREZ, | ) | |
| | ) | Case No.: 1:08-cv-06784 |
| Plaintiff, | ) | |
| | ) | Assigned Judge: Darrah |
| v. | ) | |
| | ) | Magistrate Judge: Cole |
| FINANCIAL RECOVERY SERVICES INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

ARMEN ALVAREZ (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to

FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order)

voluntarily dismisses, with prejudice, FINANCIAL RECOVERY SERVICES INC. (Defendant), in

this case.

       Both sides to bear their own costs and expenses.

       RESPECTFULLY SUBMITTED,

By:    /s/ Adam J. Krohn     
Adam J. Krohn
Attorney for Plaintiff
Krohn & Moss, Ltd.
120 W. Madison St., 10th Fl.
Chicago, IL 60602
(312) 578-9428
(866) 802-0021 (fax)